UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATI ANDREA FUENTES DeLUQUE ex rel.
JHOAN MAZA HERRERA,

                Petitioner,

-against-

LaDEON FRANCIS, et al.,

                Respondents.

25 Civ. 8602 (JHR)

ORDER DIRECTING PAYMENT
OF FEE OR IFP APPLICATION

JENNIFER H. REARDEN, District Judge:

    Petitioner Jhoan Maza Herrera brings this petition for a writ of *habeas corpus* under 28 U.S.C. § 2241. The Petition was filed on October 17, 2025 on behalf of Petitioner by next friend Kati Andrea Fuentes DeLuque, who is Petitioner's fiancée. DeLuque submitted the Petition *pro se*, without a filing fee or request to waive the fee ("*in forma pauperis* application" or "IFP application").

    To proceed with a petition for a writ of *habeas corpus* in this Court, a petitioner must either pay the $5.00 filing fee or file a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915. Within 30 days of the date of this Order, DeLuque must either pay the $5.00 fee or submit an IFP application. Any IFP application should be labeled with docket number 25 Civ. 8602 (JHR).[1]

    DeLuque consents to electronic service. ECF No. 3.

SO ORDERED.

Dated: October 22, 2025
       New York, New York

JENNIFER H. REARDEN
United States District Judge

---

[1] For more information, DeLuque may access the court's website, www.nysd.uscourts.gov, or contact the Pro Se Intake Unit at (212) 805-0175.