UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATI ANDREA FUENTES DeLUQUE ex rel.
JHOAN MAZA HERRERA,

               Petitioner,

    -against-

LaDEON FRANCIS, et al.,

               Respondents.

25 Civ. 8602 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    By Order dated October 22, 2025, the Court directed Petitioner or his next friend to either pay the $5.00 filing fee or file a signed *in forma pauperis* application in order to bring his *habeas corpus* Petition. ECF No. 8. The docket has since been updated to reflect that the filing fee has been paid. *See* ECF No. 1. Accordingly, the Clerk of Court is directed to vacate the October 22, 2025 Order at ECF 8.

    SO ORDERED.

Dated:   October 28, 2025
            New York, New York

                                          JENNIFER H. REARDEN
                                          United States District Judge