UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATI ANDREA FUENTES DeLUQUE ex rel.
JHOAN MAZA HERRERA,

                    Petitioner,

                -against-

LaDEON FRANCIS, et al.,

                    Respondents.

25 Civ. 8602 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On December 23, 2025, the Court directed the parties to "file a letter or letters updating the Court on the status of Petitioner's immigration proceedings" by December 29, 2025.  ECF No. 30.  On December 29, the Court learned, from a letter filed by Petitioner's immigration counsel, that on December 18, 2025—eleven days earlier—Petitioner had accepted "voluntary departure."  ECF No. 31.  According to the Government, the Immigration Judge had "granted Petitioner pre-conclusion voluntary departure under safeguards," "mean[ing] that the petitioner w[ould] remain detained pending departure" from the United States.  ECF No. 32.  "Petitioner has until January 20, 2026, to depart."  *Id.*

By **January 12, 2026**, Petitioner shall file a letter informing the Court of his intentions with respect to the pending Petition.  *See Guanoluisa et al v. Francis et al.*, No. 25 Civ. 7012, ECF No. 27 (JAV) (S.D.N.Y. Dec. 16, 2025) (requesting withdrawal of Petition following decision to accept voluntary departure); *Chalco-Beltran v. Francis et al.*, No. 25 Civ. 9208, ECF No. 17 (PAE) (S.D.N.Y. Dec. 3, 2025) (similar); *Zavala Quezada v. Decker et al.*, No. 21 Civ. 7375, ECF No. 21 (JPC) (S.D.N.Y. Dec. 23, 2021) (similar).

2

SO ORDERED.

Dated:    January 6, 2026
          New York, New York

_____
JENNIFER H. REARDEN
United States District Judge