

**PRISONERS' LEGAL SERVICES OF NEW YORK**
41 State St., Ste. M112
Albany, NY 12207
(518) 694-8699

January 13, 2026

Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl St., Rm. 1920
New York, NY 10007
*Via CM/ECF*

Re:   *Maza Herrera v. Francis*, No. 1:25-cv-08602-JHR
       Petitioner's Letter Motion for Leave to Withdraw Petition Without Prejudice

Dear Judge Rearden:

    I write, on Petitioner's behalf, to respectfully request leave to withdraw the Petition for a Writ of Habeas Corpus (ECF No. 1), without prejudice. Petitioner Jhoan Maza Herrera hopes and anticipates completing the voluntary departure process as soon as possible. Withdrawal without prejudice under these circumstances is—as Your Honor identified in your Order (ECF No. 33)—consistent with this Court's practice.

Respectfully submitted,

*/s/ John H. Peng*

John H. Peng, *Of Counsel*
Prisoners' Legal Services of New York
41 State St., Ste. M112
Albany, NY 12207
T: (516) 366-0067
E: johnhcpeng@gmail.com
*Attorney for Petitioner*

In light of the context previously provided by the parties, *see* ECF Nos. 31 and 32; *see also* ECF No. 33 (directing Petitioner to inform the Court of "his intentions with respect to the pending Petition"), Petitioner's application to withdraw his Petition for a Writ of Habeas Corpus, ECF No. 1, without prejudice is GRANTED.

The Clerk of Court is directed to terminate all pending motions and close this case.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: January 13, 2026